# United States Court of Appeals for the Federal Circuit

## 2012-1114: IN RE COLLEN IP

Patent & Trademark Office
Trademark Trial & Appeal Board

Lower Court/Agency #:  77513748
Case Type:  Agency

Notice of Appeal and Certified List Received:  11/10/2011
Notice of Appeal Filed:  11/10/2011
Docketed and Notice Sent to Parties:  12/27/2011
Certified List Filed:  12/27/2011

Fee Paid:  11/14/2011
Fee Amount:  450.00       Receipt No:  55287


Consolidated appeal:  2012-1115 (Disp.: 10/09/2012)

| Date | Event Summary |
|---|---|
|  | Nothing Due |
| 02/27/2012 | Appellant Principal Brief Filing Date |
| 05/21/2012 | Appellee or Cross Appellant Principal Brief Filing Date |
| 06/08/2012 | Appellant Reply Brief Filing Date |
|  | Appellee or Cross Appellant Reply Brief Filing Date |
| 06/15/2012 | Appendix Filing Date |
| 10/04/2012 | Oral Argument Date/Calendared |
| 10/09/2012 | Disposition:  Affirmed; Panel |
| 11/30/2012 | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2012-1114: IN RE COLLEN IP

## List of Parties/Representation

| Party Type/Name | Represented by |
|---|---|
| **Appellant** | |
| Collen IP Intellectual Property Law, P.C. | Jeffrey A. Lindenbaum<br>Collen IP<br>80 South Highland Avenue<br>Ossining, NY  10562<br>Phone #: (914)941-5668<br>Fax #: (914)941-6091<br>Email: jlindenbalin@collenIP.com<br>Bar admit: 01/21/2004<br>EOA Filed: 01/11/2012<br>Principal Attorney |
| **Appellee** | |
| David J. Kappos, Director, U.S. Patent and Trademark Office | Raymond T. Chen<br>Patent & Trademark Office<br>P.O. Box 1450<br>Mail Stop 8<br>Alexandria, VA  22313-1450<br>Phone #: (571)272-9035<br>Fax #: (571)273-0373<br>Email: ray.chen@uspto.gov<br>Bar admit:  / /<br>EOA Filed: 01/18/2012<br>Principal Attorney<br><br>Thomas L. Casagrande<br>Patent & Trademark Office<br>Email: thomas.casagrande@uspto.gov<br>Bar admit: 12/10/1996<br>EOA Filed: 01/18/2012 |

# United States Court of Appeals for the Federal Circuit

## 2012-1114:  IN RE COLLEN IP

| Party Type/Name | Represented by |
|---|---|
| | Christina J. Hieber<br>  Patent & Trademark Office<br>  Email: christina.hieber@uspto.gov<br>  Bar admit: 12/01/2006<br>  EOA Filed: 01/18/2012 |

# United States Court of Appeals for the Federal Circuit

## 2012-1114:  IN RE COLLEN IP

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 12/27/2011 | F | 1 | Appeal docketed on 12/27/2011. EOD(12/27/2011 by CLT) 2012-1114 |
| 12/27/2011 | O | 2 | Official Caption.  Court Service - 12/27/11.  Filed: 12/27/11. REV(12/29/11 by CLT)  2012-1114 |
| 01/19/2012 | O | 3 | Entry of appearance for Raymond T. Chen as principal counsel on behalf of the appellee, David J. Kappos, Director, U.S. Patent and Trademark Office.  Mail Service - 01/18/12.  Filed: 01/18/12. REV(01/19/12 by SCN)  2012-1114 |
| 01/19/2012 | O | 4 | Entry of appearance for Christina J. Hieber as counsel on behalf of the appellee, David J. Kappos, Director, U.S. Patent and Trademark Office.  Mail Service - 01/18/12.  Filed: 01/18/12. REV(01/19/12 by SCN)  2012-1114 |
| 01/19/2012 | O | 5 | Entry of appearance for Thomas L. Casagrande as counsel on behalf of the appellee, David J. Kappos, Director, U.S. Patent and Trademark Office.  Mail Service - 01/18/12.  Filed: 01/18/12. REV(01/19/12 by SCN)  2012-1114 |
| 01/27/2012 | O | 6 | Entry of Appearance for Jeffery A. Lindenbaum as principal counsel on behalf of appellant, Collen IP Intellectual Property, P.C.  Mail Service - 01/10/12.  Filed: 01/11/12. REV(01/30/12 by CM)  2012-1114 |
| 01/27/2012 | O | 7 | Docketing Statement for the appellee, David J. Kappos, Director, U.S. Patent and Trademark Office.  Mail Service - 01/26/12.  Filed: 01/26/12. REV(01/27/12 by AD_)  2012-1114 |
| 01/27/2012 | O | 8 | Docketing Statement for the appellant, Collen IP Intellectual Property Law, P.C.  Mail Service - 01/10/12.  Filed: 01/11/12. REV(01/30/12 by MDB)  2012-1114 |
| 01/30/2012 | O | 9 | Certificate of Interest for appellant Collen IP Intellectual Property Law, P.C.  Mail Service - 01/10/12.  Filed: 01/11/12. REV(01/30/12 by CM)  2012-1114 |

# United States Court of Appeals for the Federal Circuit

## 2012-1114:  IN RE COLLEN IP

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 02/06/2012 | M | 10 | Appellant [Collen IP Intellectual Property Law, P.C.] - Motion on consent to Consolidate with appeal no. 2012-1115.  Mail Service - 02/03/12. Filed: 02/06/12. On consent. Action on Motion (11): Motion granted. The revised official caption is reflected in the order. by Clerk. Filed: 02/22/12. EOD(02/06/12 by LRP)  REV(02/22/12 by LS)  2012-1114 |
| 02/22/2012 | O | 12 | Official caption revised pursuant to this court's order dated February 22, 2012.  Court Service - 02/22/12.  Filed: 02/22/12. REV(02/22/12 by LS)  2012-1114 |
| 02/22/2012 | O | 13 | NOTE TO FILE:  Appeals 2012-1114 and 2012-1115, both docketed  on 12/27/1, are consolidated.  No Service Required. Entered: 02/22/12. REV(02/22/12 by LB)  2012-1114 |
| 02/29/2012 | B | 14 | Collen IP Intellectual Property Law, P.C. [Appellant] - Brief of Appellant. Mail Service-02/27/12. Filed: 02/27/12. REV(02/29/12 by SEW)  2012-1114 |
| 04/05/2012 | M | 15 | Appellee [David J. Kappos, Director, U.S. Patent and Trademark Office] - Unopposed Motion to enlarge time by thirty days to file their brief.  Mail Service - 04/04/12. Filed: 04/04/12. On consent. Action on Motion (16): Granted.  Brief is due May 14, 2012. by Clerk. Filed: 04/05/12. EOD(04/05/12 by LRP)  REV(04/13/12 by AR)  2012-1114 |
| 05/07/2012 | M | 17 | Appellee [David J. Kappos, Director, U.S. Patent and Trademark Office] - Unopposed Motion to enlarge time by seven days to file their brief.  Hand Service - 05/04/12. Filed: 05/04/12. On consent. Action on Motion (18): Granted.  Brief is due May 21, 2012. by Clerk. Filed: 05/07/12. EOD(05/07/12 by LRP)  2012-1114 |
| 05/23/2012 | B | 19 | David J. Kappos, Director, U.S. Patent and Trademark Office [Appellee] - Brief for Appellee Director of the United States Patent and Trademark Office. Mail Service-05/21/12. Filed: 05/21/12.  REV(05/23/12 by SEW)  2012-1114 |
| 06/11/2012 | B | 20 | Collen IP Intellectual Property Law, P.C. [Appellant] - Reply Brief of Appellant. Mail Service-06/08/12. Filed: 06/08/12. REV(06/11/12 by SEW)  2012-1114 |
| 06/19/2012 | B | 21 | Collen IP Intellectual Property Law, P.C. [Appellant] - Joint Appendix. Mail Service-06/15/12. Filed: 06/15/12. REV(06/19/12 by SEW)  2012-1114 |
| 08/22/2012 | O | 22 | NOTICE OF CALENDARING issued. Panel: 1210I on October 4, 2012.  Entered: 08/21/2012. (EOD 08/22/2012 by KSH) 2012-1114 |

# United States Court of Appeals for the Federal Circuit

## 2012-1114:  IN RE COLLEN IP

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 09/17/2012 | O | 23 | Response to Oral Argument Order from the appellee, David J. Kappos, Director, U.S. Patent and Trademark Office, stating that Christina J. Hieber will argue.  Mail Service - 09/12/12.  Received: 09/12/12. REV(09/17/12 by EO)  2012-1114 |
| 09/17/2012 | O | 24 | Response to Oral Argument Order from the appellant, Collen IP Intellectual Property Law P.C., stating that Jeffrey A. Lindenbaum will argue.  Mail Service - 09/12/12.  Received: 09/14/12. REV(09/17/12 by EO)  2012-1114 |
| 10/04/2012 | O | 25 | Submitted after ORAL ARGUMENT by Jeffrey A. Lindenbaum and Christina J. Hieber. Panel: Rader, Linn and Wallach.  Entered: 10/04/2012. (EOD 10/04/2012 by KSH) 2012-1114 |
| 10/09/2012 | D | 26 | Disposition: Affirmed by Panel (Per Curiam) (Rule 36) Nonprecedential. Judgment Entered: 10/09/12. No costs. Filed: 10/09/12. Mandate issued to the PTO: 11/30/12. REV (11/30/12 by AMT) 2012-1114 |